UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CLARICE WARNER,

        Plaintiff,

  v.

        Case No. 21-cv-00080-BHL

THE VILLA AT MILWAY LLC

and

VILLA HEALTHCARE MANAGEMENT, INC.

        Defendants.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), the above-named parties hereby stipulate and agree that the above-referenced action be dismissed with prejudice.

Dated this 22nd day of October, 2021.

**CROSS LAW FIRM, S.C.**
Attorneys for Plaintiff Clarice Warner

/s/Paul Schinner
Paul Schinner (#1093983)
845 North 11th Street
Milwaukee, WI 53233
414-224-0000
Email:schinner@crosslawfirm.com

**DEWITT LLP**
Attorneys for Defendants The Villa at Millway LLC and Villa Healthcare Management, Inc.

/s/ William E McCardell

William E. McCardell (#1014770)
Laura M. Davis (#1100008)
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
608-255-8891
wem@dewittllp.com
lmd@dewittllp.com